UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JOEL E. PULLETT

VERSUS

SUN TRUST BANK
KAPLAN AUTO SALES
and DAVETA LEE

CIVIL ACTION

NO. 11-107-BAJ-DLD

**RULING**

The Court has carefully considered the complaint, the record, the law applicable

to this action, and the Report and Recommendation of United States Magistrate Docia L.

Dalby dated May 9, 2011 (doc. 5), to which no objection has been filed, hereby approves

the report and recommendation of the magistrate judge and adopts it as the Court's

opinion herein.

Accordingly, plaintiff's complaint is dismissed without prejudice under § 1915(e)

for failure to state a claim upon which relief may be granted.

Baton Rouge, Louisiana, July 29, 2011.



_____
BRIAN A. JACKSON
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA